UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2011 JUN -3 AM 9:47

DISTRICT COURT
DISTRICT OF

UNITED STATES OF AMERICA

v.   Case No.   6:11-cr-170-ORL-22-GJK
     18 U.S.C. § 666(a)(1)(B)
JEROME MITCHELL   18 U.S.C. § 981(a)(1)(C)
     21 U.S.C. § 2461(c) - Forfeiture

## INFORMATION

The United States Attorney charges:

### COUNT ONE

### Introduction

At all times material to this Information:

1. The City of South Daytona was a local government that received federal assistance in excess of $10,000 during the one year period from June 1, 2009 through and including June 1, 2010.

2. JEROME MITCHELL was an agent of the City of South Daytona whose duties included serving as a Special Magistrate of Code Enforcement.

### Bribery Concerning Programs Receiving Federal Funds

3. On or about June 1, 2010, in Volusia County, Florida in the Middle District of Florida, and elsewhere,

### JEROME MITCHELL

the defendant herein, while acting as an agent of the City of South Daytona, did knowingly and corruptly demand, accept and agree to accept a thing of value from a person, intending to be influenced and rewarded in connection with a transaction and series of transactions of the City of South Daytona involving anything of value of $5,000 or more, in that the

defendant accepted, agreed to accept, and aided and abetting the acceptance of cash payments totaling $10,000 to influence and reward himself and another in the reduction of the City of South Daytona code enforcement liens that encumbered the property at 3131 South Ridgewood Avenue, which is also known as the River Club Condominiums.

All in violation of Title 18, United States Code, Sections 666(a)(1)(B) and 2.

## FORFEITURE

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. From his engagement in the violations alleged in Count One of this Information, punishable by imprisonment for more than one year, the defendant

## JEROME MITCHELL

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of his interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation(s). The assets to be forfeited specifically include, but are not limited to, the a forfeiture money judgment of at least $5,000.00, representing the amount of proceeds obtained as a result of the offenses charged in Count One.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

ROBERT E. O'NEILL
United States Attorney

By: _____
CARLOS A. PEREZ-IRIZARRY
Assistant United States Attorney
Chief, Orlando Division

By: _____
DANIEL C. IRICK
Assistant United States Attorney